AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Mississippi

|  |  |
|---|---|
| TAMARA WAREKA a/k/a TAMARA WILLIAMS, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  1:26cv223 LG-BWR |
| CHRISTINA OBILISUNDAR d/b/a COASTAL COSMETIC INK, | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Christina Obilisundar d/b/a Coastal Cosmetic Ink
17065 Kapalama Drive
Pass Christian, Mississippi, 39571

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexis Farmer, Esq.
HIGBEE & ASSOCIATES
3110 W. Cheyenne, Suite 200, North Las Vegas, NV 89032
P.O. Box 1464, Jackson, MS 39215
Alexis@afarmerlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:    08/04/2026

_____
*Signature of Clerk or Deputy Clerk*