**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**TAMARA WAREKA, also known as Tamara Williams** **PLAINTIFF**

**v.** **CAUSE NO. 1:26cv223-LG-BWR**

**CHRISTINA OBILISUNDER, doing business as Coastal Cosmetic Ink** **DEFENDANT**

**DEFAULT JUDGMENT**

In accordance with the Order entered herewith, Default Judgment is awarded in favor of Plaintiff, Tamara Wareka, also known as Tamara Williams, and against Christina Obilisunder, doing business as Coastal Cosmetic Ink.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Christina Obilisunder, doing business as Coastal Cosmetic Ink, is liable to Tamara Wareka, also known as Tamara Williams, for the following:

(i) statutory damages in the amount of $5,600.00;

(ii) attorney's fees in the amount of $300.00;

(iii) costs in the amount of $960.00; and

(iv) post-judgment interest pursuant to 28 U.S.C. § 1961(a).

**SO ORDERED AND ADJUDGED** this the 18th day of November, 2026.

s/ Louis Guirola, Jr.

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE